UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, § | |
| § | |
| **Plaintiff,** § | |
| VS. § | |
| § | |
| DEBRA REYNOLDS, § | |
| CHESTER JAMES, § | |
| DR. RICHARD MAYO, § | |
| DR. MICHAEL BERRY, § | |
| DR. ROBERT ELLIOTT, § | CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, § | |
| K.D. JOST, § | |
| KENT DESHAZO, § | |
| JEFFERY WALL, § | |
| FREDERICK C. ABBOTT, § | |
| JOHN DOE, § | |
| and § | |
| CONTINENTAL AIRLINES, INC., § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for a scheduling conference and a scheduling order. Plaintiff argues that a scheduled trial date is necessary to expedite discovery. After considering the motion, the Court finds that a scheduling conference is premature in light of the three (3) pending motions to dismiss, two (2) of which are not yet ripe. Upon resolution of the motions to dismiss, the Court will, if appropriate, order a scheduling conference.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**