UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § |
| DEBRA REYNOLDS, | § |
| CHESTER JAMES, | § |
| DR. RICHARD MAYO, | § |
| DR. MICHAEL BERRY, | § |
| DR. ROBERT ELLIOTT, | § CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, | § |
| K.D. JOST, | § |
| KENT DESHAZO, | § |
| JEFFERY WALL, | § |
| FREDERICK C. ABBOTT, | § |
| JOHN DOE, | § |
| and | § |
| CONTINENTAL AIRLINES, INC., | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Robert Elliott, Ph.D.'s motion to dismiss on grounds of lack of jurisdiction and failure to serve process. On February 23, 2006, the Court granted Plaintiff's motion for an extension of time within which to serve Dr. Elliott. Accordingly, Elliott's motion, Docket No. 37, is **DENIED WITHOUT PREJUDICE TO REFILING**.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**