# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | |
| DEBRA REYNOLDS, § | |
| CHESTER JAMES, § | |
| DR. RICHARD MAYO, § | |
| DR. MICHAEL BERRY, § | |
| DR. ROBERT ELLIOTT, § | CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, § | |
| K.D. JOST, § | |
| KENT DESHAZO, § | |
| JEFFERY WALL, § | |
| FREDERICK C. ABBOTT, § | |
| JOHN DOE, § | |
| and § | |
| CONTINENTAL AIRLINES, INC., § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for leave to file an amended Complaint. As Defendants point out, Plaintiff's motion does not comply with the Court's conference requirement, which mandates that every non-dispositive motion bear a certificate of conference indicating that the movant attempted, at least two full business days before filing the motion, to contact counsel for each other party, and reflecting whether or not the motion is opposed. Plaintiff's motion, Docket No. 53, is therefore **DENIED WITHOUT PREJUDICE TO REFILING**.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**