UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § |
| DEBRA REYNOLDS, | § |
| CHESTER JAMES, | § |
| DR. RICHARD MAYO, | § |
| DR. MICHAEL BERRY, | § |
| DR. ROBERT ELLIOTT, | § CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, | § |
| K.D. JOST, | § |
| KENT DESHAZO, | § |
| JEFFERY WALL, | § |
| FREDERICK C. ABBOTT, | § |
| JOHN DOE, | § |
| and | § |
| CONTINENTAL AIRLINES, INC., | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

To facilitate the resolution of the pending motions to dismiss, the parties are hereby **ORDERED** to file, within five (5) days of the issuance of this Memorandum and Order, either (1) a stipulation regarding the date of the Federal Aviation Administration's final revocation of Plaintiff's medical certificate or (2) brief filings detailing the parties' competing contentions, if any, regarding that date.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**