# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § |
| DEBRA REYNOLDS, | § |
| CHESTER JAMES, | § |
| DR. RICHARD MAYO, | § |
| DR. MICHAEL BERRY, | § |
| DR. ROBERT ELLIOTT, | § CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, | § |
| K.D. JOST, | § |
| KENT DESHAZO, | § |
| JEFFERY WALL, | § |
| FREDERICK C. ABBOTT, | § |
| JOHN DOE, | § |
| and | § |
| CONTINENTAL AIRLINES, INC., | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Jeffery Wall's motion for leave to file an affidavit out of time. That motion, Docket No. 80, is hereby **GRANTED**, and the affidavit is hereby **ADDED** to the record in this case.

1

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**