UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH E. CANNON, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § |
| DEBRA REYNOLDS, | § |
| CHESTER JAMES, | § |
| DR. RICHARD MAYO, | § |
| DR. MICHAEL BERRY, | § |
| DR. ROBERT ELLIOTT, | § CIVIL ACTION NO. H-05-3136 |
| DEBORAH MCCOY, | § |
| K.D. JOST, | § |
| KENT DESHAZO, | § |
| JEFFERY WALL, | § |
| FREDERICK C. ABBOTT, | § |
| JOHN DOE, | § |
| and | § |
| CONTINENTAL AIRLINES, INC., | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Michael Berry, M.D.'s motion for the entry of final judgment and for the award of attorney's fees in the amount of $11,408.50. After reviewing the motion and attached documentation, the Court finds, pursuant to FED. R. CIV. P. 54(b), that there is no just reason for delay in entering judgment as to Plaintiff's claims against Dr. Berry. The Court further finds Dr. Berry's requested fee amount reasonable. Accordingly, Dr. Berry's motion, Docket No. 88, is hereby **GRANTED** in all respects, and he is hereby awarded fees in the amount of $11,408.50.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th day of May, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**